UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| AMANDEEP SINGH,<br><br>                                Petitioner,<br><br>           vs.<br><br>DHS/ICE,<br><br>                                Respondent. | Case No. 18-3031-JWL<br><br>NOTICE TO PETITIONER |

IT IS HEREBY ORDERED AT THE DIRECTION OF HONORABLE JOHN W. LUNGSTRUM, United States District Judge:

Your Petition has been received, but it is deficient for the reason(s) below:

**PETITION IS NOT UPON COURT-APPROVED FORMS.   See D.Kan. Rule 9.1(a). Forms are enclosed and you must re-submit your petition upon these forms.**

**HABEAS FILING FEE NOT SATISFIED.   You have neither paid the statutory filing fee of $5.00 nor submitted a motion to proceed in forma pauperis.   See 28 U.S.C. § 1914.   Your case may not go forward until you satisfy the statutory filing fee prerequisites in one of these two ways.   Forms for filing a motion to proceed in forma pauperis are enclosed.**

You are required to correct the foregoing deficiencies within thirty (30) days of the date of this Notice.   If you fail to comply within the prescribed time, the Judge presiding over your case will be notified of your non-compliance, and this action may be dismissed without further notice for failure to comply with this court order.

**IT IS THEREFORE BY THE COURT ORDERED** that the PETITIONER is granted until March 15, 2018 in which to correct the foregoing deficiencies or this action may be dismissed without prejudice and without further notice.

**IT IS SO ORDERED** on Tuesday, February 13, 2018.

Timothy M. O'Brien
Clerk of the Court
by Sherry Nielsen-Davis, Deputy Clerk
