**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**AMANDEEP SINGH,**

                **Petitioner,**

       v.                                     **CASE NO. 18-3031-JWL**

**DHS/ICE,**

                **Respondent.**

**ORDER DIRECTING TRANSFER**

This matter is a petition filed by a person detained at the Chase County Detention Center, Cottonwood Falls, Kansas, pending his removal. He proceeds pro se and submitted the filing fee.

**Background**

Petitioner commenced this action by submitting a one-page handwritten document to the Court by fax on February 13, 2018. The subject of that document reads "arrange me free lawyer facility to appeal in district court for my release" (Doc. #1, p. 1). Because that pleading appeared to seek petitioner's release from custody due to his father's ill health, the pleading initially was construed as a petition for habeas corpus filed under 28 U.S.C. § 2241 challenging petitioner's detention.

On the same day, the Court issued a notice of deficiency directing petitioner to submit the petition on a court-approved form and to submit the $5.00 filing fee or a motion for leave to proceed in forma pauperis.

On March 12, 2018, petitioner submitted the petition on a form, a motion to proceed in forma pauperis, the filing fee, and a motion to appoint counsel.

**Discussion**

Because the petition now before the Court identifies the primary ground for relief as "political asylum", the Court concludes this matter is properly construed as seeking review of the decision of the Board of Immigration Appeals (BIA). Attachments to the petition reflect that the BIA denied petitioner's applications for withholding of removal to India under Section 241(b)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1231(b)(3)(2018), and for protection under the Convention Against Torture, 8 C.F.R. §1208.16(c)(2018)[1].

A "petition for review shall be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." 8 U.S.C. § 1252(b)(2)(2018). Because petitioner must seek review of the BIA decision in the appropriate federal court of appeals, this matter must be transferred.

IT IS, THEREFORE, BY THE COURT ORDERED the Clerk of the Court shall transfer this matter to the U.S. Court of Appeals for the Eighth Circuit.

IT IS FURTHER ORDERED petitioner's motion to proceed in forma pauperis (Doc. #4) is denied as moot, and his motion to appoint counsel is denied without prejudice.

---

[1] The Notice and Decision issued by the BIA are submitted as attachments to the petition and reflect that proceedings were conducted in Kansas City, Missouri. Doc. #3, pp. 4-5.

**IT IS SO ORDERED.**

DATED:  This 13th day of March, 2018, at Kansas City, Kansas.

                              S/ John W. Lungstrum
                              JOHN W. LUNGSTRUM
                              U.S. District Judge